### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JEREMY L. POE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACT. NO. 1:21-cv-222-TFM-N |
| | : | |
| BRIESESEE BRIESE | : | |
| SCHIFFAHRTS, Owner of M/V | : | |
| BBC ROMANIA, BRIESE | : | |
| SCHIFFAHRTS GmbH & CO KG, | : | |
| SHIPMANAGER and OPERATOR of the | : | |
| M/V BBC ROMANIA, *in personam*, | : | |
| | : | |
| Defendants. | : | |

### ORDER

Pending before the Court is the parties' *Joint Stipulation for Dismissal*. Doc. 33, filed June 27, 2022. The Federal Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(i)-(ii). The joint stipulation is signed by counsel for all of the parties in this matter. Doc. 28.

Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the stipulation. Therefore, the claims in this case are dismissed with prejudice, with costs taxed as paid.

The Clerk of the Court is **DIRECTED** to close this case. Further, the Court's show cause order that was entered on June 27, 2022, (Doc. 34.) is **VACATED**.

**DONE** and **ORDERED** this 27th day of June 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE
